Brad K. Keogh (010321)
J. Scott Dutcher (026174)
MARICOPA COUNTY
OFFICE OF GENERAL LITIGATION SERVICES
Maricopa County Administration Building
301 West Jefferson Street, Suite 3200
Phoenix, Arizona 85003-2143
Telephone (602) 372-5700
keoghb@mail.maricopa.gov
dutchers@mail.maricopa.gov

Attorneys for Defendants Maricopa County,
Andrew Kunasek, and John Shamley

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kristy Lynn Theilen, et. al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Maricopa County, et. al.,<br><br>    Defendant(s). | No. CV 09-2603 PHX-NVW<br>    CV 09-2614 PHX-DGC<br>    (consolidated)<br><br>CV 10-0180 PHX-JAT<br>(related case) |
| Jason Odhner, et. al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Maricopa County, et. al.,<br><br>    Defendant(s). | **DEFENDANTS MARICOPA COUNTY, ANDREW KUNASEK, AND JOHN SHAMLEY'S ANSWER TO PLAINTIFFS SANDSCHAFER, BETHANCOURT, MILLAN, AND NELSON'S COMPLAINT**<br><br>**AND**<br><br>**DEFENDANTS' JURY DEMAND** |
| Monica Sandschafer, et. al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Maricopa County Board of Supervisors, et. al.,<br><br>    Defendant(s). | |

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

ANSWER AND JURY DEMAND

Defendants Maricopa County (erroneously sued herein as Maricopa County Board of Supervisors and Maricopa County Protective Services), Andrew Kunasek, and John Shamley ("Defendants"), through their undersigned counsel, hereby submit their Answer to Plaintiffs Sandschafer, Bethancourt de Pichardo, Millan, and Nelson's Complaint as follows:

Defendants deny each and every allegation set forth in Plaintiffs' Complaint, except those allegations that are specifically admitted, qualified, or otherwise answered below.

## PARTIES

1. Answering Paragraphs 1 through 4 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and, therefore, deny the same.

2. Answering Paragraph 5 of the Complaint, Defendants deny the allegations.

3. Answering Paragraph 6 of the Complaint, Defendants admit only that Supervisor Kunasek was the Chairman of the Maricopa County Board of Supervisors ("BOS") during the timeframe in question. Defendants deny each and every remaining allegation.

4. Answering Paragraph 7 of the Complaint, Defendants deny the allegations. Both the Maricopa County Protective Services ("MCPS") and the BOS are non-jural entities. Maricopa County itself is the jural entity.

5. Answering Paragraph 8 of the Complaint, Defendants admit only that John Shamley is a Captain within MCPS. Defendants deny each and every remaining allegation.

6. Answering Paragraph 9 of the Complaint, Defendants deny the allegations. The Maricopa County Sheriff's Office ("MCSO") is a non-jural entity. Maricopa County itself is the jural entity.

7. Answering Paragraphs 10-15 of the Complaint, and to the extent that the allegations are directed to Defendants, Defendants are without sufficient knowledge or

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

2

ANSWER AND JURY DEMAND

information to form a belief as to the truth of the allegations and, therefore, deny the same.

8.   Answering Paragraph 16 of the Complaint, Defendants admit the allegations.

## JURISDICTION AND VENUE

9.   Answering Paragraphs 17-18 of the Complaint, Defendants admit only that the U.S. District Court for the District of Arizona, in general, has jurisdiction over such matters, but affirmatively deny that they have done or failed to do anything pursuant to which Plaintiffs can legitimately assert a cause of action against Defendants over which the Court could exercise said jurisdiction.

10.   Answering Paragraph 19 of the Complaint, Defendants allege that Plaintiffs' notices of claim speak for themselves and deny that Plaintiffs' notices of claim complied with all the requirements of A.R.S. § 12-821.01.

## FACTS AND ALLEGATIONS COMMON TO ALL COUNTS AND INCIDENTS

11.   Answering Paragraph 20 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and, therefore, deny the same.

12.   Answering Paragraphs 21-22 of the Complaint, Defendants deny the allegations.

## DECEMBER 15, 2008 INCIDENT

**COUNT ONE: ARREST AND DETENTION OF MONICA SANDSCHAFER**

13.   Answering Paragraph 23 of the Complaint, Defendants incorporate, by reference, all of their responses to all previous Paragraphs above.

14.   Answering Paragraphs 24-25 of the Complaint, Defendants admit only that Sandschafer was present on the 10th floor of the County Administration Building on December 15, 2008. Defendants deny each and every remaining allegation.

15.   Answering Paragraph 26 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and,

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

3

ANSWER AND JURY DEMAND

therefore, deny the same.

16. Answering Paragraph 27 of the Complaint, Defendants deny the allegations.

17. Answering Paragraph 28 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and, therefore, deny the same.

18. Answering Paragraph 29 of the Complaint, Defendants admit only that Sandschafer was arrested on the 10th floor of the County Administration Building on December 15, 2008 for criminal trespass. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

19. Answering Paragraph 30 of the Complaint, Defendants admit only that Sandschafer was prosecuted.

20. Answering Paragraph 31 of the Complaint, Defendants deny the allegations.

21. Answering Paragraph 32 of the Complaint, Defendants admit only that Sandschafer's arrest occurred at approximately 10:45 a.m. on December 15, 2008.

22. Answering Paragraphs 33-34 of the Complaint, Defendants deny the allegations.

23. Answering Paragraph 35 of the Complaint, Defendants admit only that MCSO was the arresting agency. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

24. Answering Paragraphs 36-38 of the Complaint, Defendants deny the allegations.

25. Answering Paragraph 39 of the Complaint, Defendants admit only that Sandschafer was jailed following her arrest. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

26. Answering Paragraphs 40-56 of the Complaint, Defendants deny the

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

4

ANSWER AND JURY DEMAND

allegations.

**COUNT TWO: UNLAWFUL ARREST AND DETENTION OF GUILLERMINA BETHANCOURT**

27. Answering Paragraph 57 of the Complaint, Defendants incorporate, by reference, all of their responses to all previous Paragraphs above.

28. Answering Paragraphs 58-59 of the Complaint, Defendants admit only that Bethancourt was present on the 10th floor of the County Administration Building on December 15, 2008. Defendants deny each and every remaining allegation.

29. Answering Paragraph 60 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and, therefore, deny the same.

30. Answering Paragraph 61 of the Complaint, Defendants deny the allegations.

31. Answering Paragraph 62 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and, therefore, deny the same.

32. Answering Paragraph 63 of the Complaint, Defendants admit only that Bethancourt was arrested on the 10th floor of the County Administration Building on December 15, 2008 for criminal trespass. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

33. Answering Paragraph 64 of the Complaint, Defendants admit only that Bethancourt was prosecuted.

34. Answering Paragraph 65 of the Complaint, Defendants deny the allegations.

35. Answering Paragraph 66 of the Complaint, Defendants admit only that Bethancourt's arrest occurred at approximately 10:45 a.m. on December 15, 2008.

36. Answering Paragraphs 67-68 of the Complaint, Defendants deny the allegations.

37. Answering Paragraph 69 of the Complaint, Defendants admit only that

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

5

ANSWER AND JURY DEMAND

MCSO was the arresting agency. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

38. Answering Paragraphs 70-72 of the Complaint, Defendants deny the allegations.

39. Answering Paragraph 73 of the Complaint, Defendants admit only that Bethancourt was jailed following her arrest. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

40. Answering Paragraphs 74-88 of the Complaint, Defendants deny the allegations.

41. Answering Paragraph 89 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and, therefore, deny the same.

**COUNT THREE: UNLAWFUL ARREST AND DETENTION OF AYENSA MILLAN**

42. Answering Paragraph 90 of the Complaint, Defendants incorporate, by reference, all of their responses to all previous Paragraphs above.

43. Answering Paragraphs 91-92 of the Complaint, Defendants admit only that Millan was present on the 10th floor of the County Administration Building on December 15, 2008. Defendants deny each and every remaining allegation.

44. Answering Paragraph 93 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and, therefore, deny the same.

45. Answering Paragraph 94 of the Complaint, Defendants deny the allegations.

46. Answering Paragraph 95 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and, therefore, deny the same.

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

6

ANSWER AND JURY DEMAND

47. Answering Paragraph 96 of the Complaint, Defendants admit only that Millan was arrested on the 10th floor of the County Administration Building on December 15, 2008 for criminal trespass. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

48. Answering Paragraph 97 of the Complaint, Defendants admit only that Millan was prosecuted.

49. Answering Paragraph 98 of the Complaint, Defendants deny the allegations.

50. Answering Paragraph 99 of the Complaint, Defendants admit only that Millan's arrest occurred at approximately 10:45 a.m. on December 15, 2008.

51. Answering Paragraphs 100-101 of the Complaint, Defendants deny the allegations.

52. Answering Paragraph 102 of the Complaint, Defendants admit only that MCSO was the arresting agency. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

53. Answering Paragraphs 103-105 of the Complaint, Defendants deny the allegations.

54. Answering Paragraph 106 of the Complaint, Defendants admit only that Millan was jailed following her arrest. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

55. Answering Paragraphs 107-123 of the Complaint, Defendants deny the allegations.

56. Answering Paragraph 124 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations and, therefore, deny the same.

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

7

ANSWER AND JURY DEMAND

## **DECEMBER 17, 2008 INCIDENT**

**COUNT FOUR:   UNLAWFUL ARREST AND DETENTION OF MONICA SANDSCHAFER**

57. Answering Paragraph 125 of the Complaint, Defendants incorporate, by reference, all of their responses to all previous Paragraphs above.

58. Answering Paragraph 126 of the Complaint, Defendants admit only that Sandschafer was arrested in the BOS' Auditorium on December 17, 2008. Defendants deny each and every remaining allegation.

59. Answering Paragraphs 127-130 of the Complaint, Defendants admit only that the video recordings of the December 17, 2008 BOS open meeting speak for themselves. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, if any, and, therefore, deny the same.

60. Answering Paragraphs 131-132 of the Complaint, Defendants admit only that Sandschafer was arrested on December 17, 2008 for disorderly conduct and criminally prosecuted. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, if any, and, therefore, deny the same.

61. Answering Paragraph 133 of the Complaint, Defendants deny the allegations.

62. Answering Paragraph 134 of the Complaint, Defendants admit only that Sandschafer's arrest occurred at approximately 10:00 a.m. on December 17, 2008.

63. Answering Paragraph 135 of the Complaint, Defendants deny the allegations.

64. Answering Paragraph 136 of the Complaint, Defendants admit only that the video recordings of the December 17, 2008 BOS open meeting speak for themselves. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, if any, and, therefore, deny the same.

65. Answering Paragraph 137 of the Complaint, Defendants deny the

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

8

ANSWER AND JURY DEMAND

1 allegations.

2       66. Answering Paragraph 138 of the Complaint, Defendants admit only that
3 MCSO was the arresting agency. Defendants are without sufficient knowledge or
4 information to form a belief as to the truth of the remaining allegations and, therefore,
5 deny the same.

6       67. Answering Paragraphs 139-143 of the Complaint, Defendants deny the
7 allegations.

8       68. Answering Paragraph 144 of the Complaint, Defendants admit only that
9 Sandschafer was jailed following her arrest. Defendants are without sufficient knowledge
10 or information to form a belief as to the truth of the remaining allegations and, therefore,
11 deny the same.

12       69. Answering Paragraphs 145-149 of the Complaint, Defendants deny the
13 allegations.

14       70. Answering Paragraph 150 of the Complaint, Defendants admit only that
15 Justice of the Peace C. Steven McMurry's decision speaks for itself. Defendants are
16 without sufficient knowledge or information to form a belief as to the truth of the
17 remaining allegations and, therefore, deny the same.

18       71. Answering Paragraphs 151-152 of the Complaint, Defendants admit only
19 that the trial transcript and order by Justice of the Peace C. Steven McMurry speak for
20 themselves. Defendants are without sufficient knowledge or information to form a belief
21 as to the truth of the remaining allegations, if any, and, therefore, deny the same.

22       72. Answering Paragraphs 153-168 of the Complaint, Defendants deny the
23 allegations.

24 **COUNT FIVE: UNLAWFUL ARREST AND DETENTION OF JOEL NELSON**

25       73. Answering Paragraph 169 of the Complaint, Defendants incorporate, by
26 reference, all of their responses to all previous Paragraphs above.

27       74. Answering Paragraph 170 of the Complaint, Defendants admit only that
28 Nelson was arrested in the BOS' Auditorium on December 17, 2008. Defendants deny

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

9
ANSWER AND JURY DEMAND

each and every remaining allegation.

75. Answering Paragraphs 171-174 of the Complaint, Defendants admit only that the video recordings of the December 17, 2008 BOS open meeting speak for themselves. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, if any, and, therefore, deny the same.

76. Answering Paragraph 175 of the Complaint, Defendants admit only that Nelson's arrest occurred at approximately 10:00 a.m. on December 17, 2008.

77. Answering Paragraphs 176-177 of the Complaint, Defendants admit only that Nelson was arrested on December 17, 2008 for disorderly conduct and criminally prosecuted. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, if any, and, therefore, deny the same.

78. Answering Paragraphs 178-179 of the Complaint, Defendants deny the allegations.

79. Answering Paragraph 180 of the Complaint, Defendants admit only that the video recordings of the December 17, 2008 BOS open meeting speak for themselves. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, if any, and, therefore, deny the same.

80. Answering Paragraph 181 of the Complaint, Defendants deny the allegations.

81. Answering Paragraph 182 of the Complaint, Defendants admit only that MCSO was the arresting agency. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

82. Answering Paragraphs 183-187 of the Complaint, Defendants deny the allegations.

83. Answering Paragraph 188 of the Complaint, Defendants admit only that Nelson was jailed following his arrest. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore,

ANSWER AND JURY DEMAND

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

deny the same.

84. Answering Paragraphs 189-191 of the Complaint, Defendants deny the allegations.

85. Answering Paragraph 192 of the Complaint, Defendants admit only that Justice of the Peace C. Steven McMurry's decision speaks for itself. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, therefore, deny the same.

86. Answering Paragraphs 193-194 of the Complaint, Defendants admit only that the trial transcript and order by Justice of the Peace C. Steven McMurry speak for themselves. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, if any, and, therefore, deny the same.

87. Answering Paragraphs 195-207 of the Complaint, Defendants deny the allegations.

88. Answering Paragraph 208 of the Complaint, Defendants admit only that Nelson was no longer in attendance at the December 17, 2008 BOS open meeting after he was arrested.

89. Answering Paragraphs 209-210 of the Complaint, Defendants deny the allegations.

90. Further answering, Maricopa County denies that Plaintiffs are entitled to judgment or any other requested relief listed after the THEREFORE section following Paragraph 210 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As and for a First Affirmative Defense, Defendants allege that the Complaint and each cause of action therein stated fails to state a claim upon which relief can be granted against Defendants.

### SECOND AFFIRMATIVE DEFENSE

As and for a Second Affirmative Defense, Defendants assert that, at the time and

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

11

ANSWER AND JURY DEMAND

1  places mentioned in Plaintiffs' Complaint, Plaintiffs are comparatively at fault and did
2  commit willful misconduct and/or negligent conduct in and about the matters alleged in
3  Plaintiffs' Complaint, and therefore proximately and comparatively caused and
4  contributed to whatever injury and/or damages Plaintiffs may have sustained, if any.

### THIRD AFFIRMATIVE DEFENSE

As and for a Third Affirmative Defense, Defendants deny any liability to Plaintiffs, but to the extent that Plaintiffs recover damages, any award must be abated, apportioned or reduced to the extent that any other person's acts caused or contributed to Plaintiffs' damages, if any, and/or by Plaintiffs' failure to mitigate their damages.

### FOURTH AFFIRMATIVE DEFENSE

As and for a Fourth Affirmative Defense, Defendants assert that, at all times herein mentioned, Defendants and their agents and employees acted in good faith and with reasonable belief as to the legality of things and matters attributed to Maricopa County, and that as a consequence thereof, no liability should or can be imposed on Defendants because they are entitled to qualified immunity, along with their agents.

### FIFTH AFFIRMATIVE DEFENSE

As and for an Fifth Affirmative Defense, Defendants assert that there was a good faith belief in the existence of probable cause to arrest Plaintiffs, in accordance with the laws of the State of Arizona and, therefore, Defendants and their employees and agents are entitled to qualified immunity for the acts alleged in Plaintiffs' Complaint.

### SIXTH AFFIRMATIVE DEFENSE

As and for a Sixth Affirmative Defense, Defendants assert that Plaintiffs cannot demonstrate that any deprivation of their constitutional rights occurred as a result of any officially adopted policy, practice or custom of Defendants, and, thus, no officially adopted policy, practice or custom can give rise to liability on the part of Defendants. Further, Plaintiffs cannot establish any proximate cause of their damages.

### SEVENTH AFFIRMATIVE DEFENSE

As and for a Seventh Affirmative Defense, Defendants allege that Plaintiffs failed

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA  85003-2143

to file a timely, statutorily compliant, and sufficient notice of claim for each of their claims, in violation of A.R.S. § 12-821.01.

## EIGHTH AFFIRMATIVE DEFENSE

As and for an Eighth Affirmative Defense, Defendants allege all relevant and applicable affirmative defenses listed in Rule 8(c), *Federal Rules of Civil Procedure*, as well as any other affirmative defenses that may become applicable pursuant to discovery, including: failure to join a necessary and proper party; insufficiency of service of process; lack of service; assumption of risk; estoppel; laches; fraud; illegality; lack of respondeat superior; spoliation; statute of limitations; waiver; acquiescence; unclean hands; statutory and state/federal constitutional defenses to punitive damages; contributory negligence; comparative fault; qualified immunity; absolute immunity; failure to strictly comply with A.R.S. § 12-821.01, *et seq.*; and any other matter which constitutes an avoidance or affirmative defense which further discovery may demonstrate to be applicable.

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiffs' Complaint against Defendants be dismissed with prejudice;
2. That Plaintiffs take nothing by reason of the Complaint;
3. That Plaintiffs be granted no relief in this action;
4. That Defendants have judgment against Plaintiffs;
5. That Defendants recover their costs of suit incurred herein;
6. That Defendants recover their reasonable attorneys' fees; and
7. For such other relief the Court deems just and proper.

RESPECTFULLY SUBMITTED this  8th  day of March, 2010.

    MARICOPA COUNTY
    OFFICE OF GENERAL LITIGATION SERVICES

    BY: */s/ Brad K. Keogh*
        Brad K. Keogh
        J. Scott Dutcher
        301 W. Jefferson, Suite 3200
        Phoenix, AZ 85003
        Attorneys for Defendants
          Maricopa County, Andrew Kunasek,
          and John Shamley

ANSWER AND JURY DEMAND

**DEMAND FOR JURY TRIAL**

Defendants Maricopa County (erroneously sued herein as Maricopa County Board of Supervisors and Maricopa County Protective Services), Andrew Kunasek, and John Shamley, through their undersigned counsel, hereby demand a jury trial on all issues subject thereto.

RESPECTFULLY SUBMITTED this __8th__ day of March, 2010.

                MARICOPA COUNTY
                OFFICE OF GENERAL LITIGATION SERVICES

                BY: */s/ Brad K. Keogh*
                      Brad K. Keogh
                      J. Scott Dutcher
                      301 W. Jefferson, Suite 3200
                      Phoenix, AZ 85003
                      Attorneys for Defendants
                        Maricopa County, Andrew Kunasek,
                        and John Shamley

ORIGINAL of the foregoing
e-filed this __8th__ day of March, 2010 with:

Clerk
United States District Court
401 West Washington Street
Phoenix, Arizona 85003-2154

*/s/  Elvira Jaquez*
S:\Cases\2010\T\Sandschafer - T10-0005\Answer to Sandschafer Complaint.docx

MARICOPA COUNTY
OFFICE OF GENERAL
LITIGATION SERVICES
301 WEST JEFFERSON STREET, SUITE 3200
PHOENIX, ARIZONA 85003-2143

14

ANSWER AND JURY DEMAND